■ In the Matter of LEONARD S. SIEGEL, for Reinstatement.— Application granted only insofar as to refer the matter to the Departmental Disciplinary Committee for the First Judicial Department, for further investigation and for a hearing pursuant to 22 NYCRR 603.14 (b). Concur—Murphy, P. J., Sandler, Ross, Milonas and Smith, JJ.

■ SCHNEIDER v SCHNEIDER.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, as indicated; and insofar as it seeks a stay, the motion is denied. Concur—Kupferman, J. P., Asch, Milonas and Rosenberger, JJ.